UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LUIS ALBERTO RODRIGUEZ,

Defendant.

No. 19-CR-155 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Mr. Flood previously informed the Court that he intended to seek a brief adjournment of the sentence currently scheduled for February 7, 2020 at 3:00 p.m. Despite numerous requests from the Court, however, Mr. Flood has failed to submit such request. It is hereby ordered that the sentence scheduled for February 7, 2020 is adjourned until further notice. Mr. Flood is further ordered to submit a letter to the Court, no later than 12:00 p.m. tomorrow, proposing alternate dates for Mr. Rodriguez's sentence.

SO ORDERED.

Dated:    February 6, 2020
          New York, New York

Ronnie Abrams
United States District Judge