# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 7, 2020

*VIA ECF*
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/20

**Re:** *United States v. Luis Alberto Rodriguez*, 19 Cr. 155 (RA)

Honorable Judge Abrams:

With the consent of the Government, I write on behalf of Mr. Luis Rodriguez, to respectfully request the adjournment of his sentencing to Wednesday, February 19 at 2pm.

I have discussed this request with Assistant United States Attorney Ryan Finkel, who consents on behalf of the United States.

Thank you for your considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Counsel for Mr. Luis Rodriguez
(212) 417-8734

cc: Assistant United States Attorney Ryan Finkel (by ECF)

---

Application granted. The sentence is adjourned to February 19, 2020 at 2:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 10, 2020