USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

LUIS ALBERTO RODRIGUEZ,

                        Defendant.

------------------------------------------------------X

No. 19 Cr. 155-01 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 19, 2020, this Court imposed a sentence of time served on Defendant (U.S.M # 91267-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:     February 19, 2020
              New York, New York

Ronnie Abrams
United States District Judge