USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA :  **TRANSPORTATION ORDER**

- v - : 19 Cr. 155 (RA)

LUIS ALBERTO RODRIGUEZ, :

          Defendant. :

------------------------------------x

Upon the application of **Luis Alberto Rodriguez**, by his attorney, **Christopher Flood, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Luis Alberto Rodriguez with funds to cover the cost of travel between New York, New York and San Bernardino, California following his sentencing hearing, which was on February 19, 2020 at 2 PM. He is to leave New York no earlier than February 19, 2020 at 9 PM and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
      February 19, 2020

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
United States District Judge